JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>    v.<br><br>Alberto's Mexican Food, Inc.;<br>Garcia's Enterprise, LLC,<br><br>    Defendants. | Case No. 5:14-cv-00668-VAP-DTB<br><br>**[Proposed] Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendants Alberto's Mexican Food, Inc. and Garcia's Enterprise, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated:  _October 16, 2014___

_____
United States District Judge

Order re: Joint Stipulation for Dismissal          *Rocca v. Alberto's Mexican Food, Inc., et al.*
                                                  Case No. 5:14-cv-00668-VAP-DTB

-1-